Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

FILED US District Court-UT
AUG 12 '24 AM10:27

_____ ]

Jonathan Ray Gamble

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Colleen Hansen
Maria Banuelos
Sofia Banuelos

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:24-cv-00134
Assigned To : Bennett, Jared C.
Assign. Date : 8/12/2024
Description: Gamble v. Hansen et al

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Jonathan Ray Gamble

Address     45 E 100 N

Snowville         UT    84336

                               *City*                *State*          *Zip Code*

County      Box Elder County

Telephone Number    385-542-8432

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name        Colleen Hansen

Job or Title *(if known)*

Address     90 N 100 E

Snowville         UT    84336

                               *City*                *State*          *Zip Code*

County

Telephone Number    801-872-8273

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name        Maria Banuelos

Job or Title *(if known)*

Address     104 N Stone Rd. #1

Snowville         UT    84336

                               *City*                *State*          *Zip Code*

County

Telephone Number    385-837-1138

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name     *SOFIA BaNUeLOS*

Job or Title *(if known)*

Address     104 N STore Rd.

SNOwville    uT    84336

             *City*       *State*      *Zip Code*

County

Telephone Number    435-339-9515

E-Mail Address *(if known)*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

             *City*       *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

45 E 100 N SNOWVille uT 84336

B.      What date and approximate time did the events giving rise to your claim(s) occur?

May 2017 is continue even now

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *08/08/2024*

Signature of Plaintiff

Printed Name of Plaintiff    *Jonathan Ray Gamble*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

Attacking Animals: It is unlawful for the owner or person having charge, care, custody or control of any animal to allow such animal to attack, chase or worry any person, any domestic animal having a commercial value, or any species of hoofed protected wildlife, or to attack domestic fowl.

18-1-2.  Dogs acting together -- Actions -- Parties -- Judgment.
    Where any injury has been committed by two or more dogs acting together and such dogs are owned or kept by different persons, all such persons may be joined as defendants in the same action to recover damages therefor, and the amount found by the court or jury as damages for such injury shall be apportioned among the several defendants found liable and judgment shall be entered severally against them for the amount so apportioned.

    I have had one large dog exit there property and enter my property he was run to me in a ingressive way by bearing teeth growling and hair standing up on its back I fear severe bodily injury or death i try to scare it a way by throwing anything near me at it and it kept coming back after doing so and then the owner yelled at the dog to come back to him i told him that the dog was trying to attack me and to keep his dog chain up on there property and there other dogs to over on the property

may 2017 and is on going to this day and at 45 e 100 n Snowville

    my oldest granddaughter Jayda had many account of the dog coming on the property and attacking her [ of grandmother ] been chasing us into the home nipping at her heels and she walk home from school and walk down the road  to home he would jump on her and there was no owner to be found for this dog when my granddaughter Jayda came home she was having a panic attack hands shacking heavy breathing [the child being spoken off has been attacked by a dog before the dog that attacked her in the past has been put down] she was in fear at this point of being hurt or possible worse. the cops had been called for this incident they did not come out they called and stated it was a civil  matter and should be handled as much when these dogs still to this day [Jayda]will hide in the house to stay safe

from may of 2017 to the ongoing date Callalilly my second granddaughter was walking home from school with her little brother [Ryken]
a dog from the property was off lead and chased them home both children were in fear for there safety the dog had chased them from the back yard of my property to the front yard while chasing them growling at them and showing his teeth to them they were in fear of going back outside due to the dog being lose at this point the adults of the house decided that the children should not be walking the property with out an adult.

at a later date Kenneth snow was walking to work at this time he worked for the Sinclair in town of snowvill when he was surrounded by three dogs
growling at him barking at him and trying to nip at him there is video to reference for this situation this was reported to police due to it happing on a town road went from town road to private property  when police were notified we were told to bring it to town council and animal control and that it is a civil matter and should be treated as such the officer stated that there is nothing they could do to help.   After this situation happened weeks fallowed by 15 or more reports of dogs being lose and showing aggression towered those that live on my property. weeks fallowing there was a situation that occurred when Kenneth snow was told by Ryder [Jonathan gambles third oldest child] that he was being chased by a dog from the nanoring property address 104north stone road snowville ut. Kenneth snow followed Ryder to the front yard at this point armed with a gun due to past situations there is p.t.s.d from the fear of being attacked. when Kenneth snow approached the front of the house he was meet by the dog growing barking and charging at him showing aggressive behavior Kenneth snow told the child to go in the house to keep the child safe.at this point Ryder asked if he was able to go in the back yard so Kenneth snow walked back up to the house and then at this point the dog was back at the front of the property aging charging him nipping at him and showing his teeth. at this point Kenneth snow felt in fear for his safety so he shot and

killed the dog at this point Kenneth snow was presenting actions of a p.t.s.d attack witch had triggered in to multiple nights of reliving the situation when cops arrived to the scene the officers of box elder county they saw a man in fear for his life safety and the fear of others getting hurt. aging when cops were notified they came out and nothing was investigated past that point when specking to other authority members nothing has been done.

this has caused much fear for me to keep my family safe from emotional physical trauma along with fear for animals safety

 there have been situations with these dogs that has resulted in faith calling for help due to being rushed chased and growled at by these dogs there has been a situation where when walking her kids to school she was rushed at growled at and shoeing teeth  by one of the dogs from this property she has been at places in town such as the park the church and sinclear and been ran at by these dogs she is in fear for her safty the safety of her children and the safety to animals on the property at one point one of the dogs left there property and tryed to attack a service animal that was in a locked gate  when she tryed to step out of the trailer to go help she was chased back in to the trailer from fear of being bite by the dog