## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **JONATHAN RAY GAMBLE,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | **Case No. 1:24-cv-00134-JCB** |
| **COLLEEN HANSEN, MARIA BANUELOS, and SOFIA BANUELOS,** | |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of January 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge